IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| ELLA ADAMS on behalf of A.A., | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-10-344-RAW |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 12, 2011, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 27 day of September, 2011.

Ronald A. White
United States District Judge
Eastern District of Oklahoma