# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

ELLA ADAMS on behalf of A.A.,

        Plaintiff,

v.

        Case No. CIV-10-344-RAW

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

## JUDGMENT

By Order entered this date, this court ordered that this matter be reversed and remanded. It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this _27_ day of September, 2011.

Ronald A. White
United States District Judge
Eastern District of Oklahoma